

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Travis M. Dehoney, TDCJ No. 2027434, | § | No. 08-19-00066-CV |
| Appellant, | § | Appeal from the |
| | § | 83rd District Court |
| Sherri Talley M.D., Samuel B. Itie, M. Fuentes, | § | of Pecos County, Texas |
| Appellees. | § | (TC# P-7872-83-CV) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's Pro Se third motion for extension of time within which to file the brief until **August 10, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S PRO SE BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Mr. Travis M. Dehoney, the Appellant, prepare the Appellant's pro se brief and forward the same to this Court on or before August 10, 2019.

IT IS SO ORDERED this 26th day of June, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.